■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM CAESAR, Appellant.— Judgment unanimously affirmed. Memorandum: The testimony of the police officers indicating that the complaining witness identified defendant was improper (*People* v. *Malloy*, 22 N Y 2d 559; *People* v. *Cioffi*, 1 N Y 2d 70). However, the other evidence of identification was so strong that the error is not ground for reversal (*People* v. *Caserta*, 19 N Y 2d 18). (Appeal from judgment of Erie County Court convicting defendant of attempted robbery, third degree.) Present — Goldman, P. J., Del Vecchio, Witmer, Moule and Henry, JJ.